**LYNCH CARPENTER, LLP**
Jae (Eddie) K. Kim (SB: 236805)
117 East Colorado Blvd.
Suite 600
Pasadena, CA 91105
213-723-0707
ekim@lcllp.com

*Attorney for Plaintiff Brian Calvert*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

*In re Meta Android Privacy Litigation*

This Document Relates To:
All Actions

Case No. 3:25-cv-04674-RFL

**RESPONSE IN SUPPORT OF MOTION FOR APPOINTMENT AS INTERIM CLASS COUNSEL**

| | |
|---|---|
| Judge: | Hon. Rita F. Lin |
| Hearing Date: | October 7, 2025 |
| Time: | 10:00 A.M. |
| Courtroom: | Courtroom 15, 18th Floor |

Mr. Kim and his firm, Lynch Carpenter, LLP, have a history of successfully working collaboratively with many, if not all, of the attorneys and law firms in the proposed interim leadership slates, and are confident that inclusion of Mr. Kim in the leadership of this case would result in another successful collaboration for the benefit of the class. Examples of Mr. Kim's (and/or his firm's) experience with other proposed lead counsel are as follows:

***Bursor & Fisher, P.A.***

Mr. Kim has worked closely and successfully with a number of partners from Bursor & Fisher, including Timothy Fisher and Philip Fraietta in *In re Apple Data Privacy*, Case No. 5.22-cv-0769 (N.D. Cal.), an analogous class action involving the tracking of user data in Apple mobile devices that is currently pending in this district. Together, the firms have worked collaboratively splitting assignments equally and readily coming to consensus on all major strategic decisions. The firms have also worked extremely well together within the last year on a number of other class cases, providing millions of dollars in relief to numerous classes of individuals. *See*, *e.g.*, *Jewell, et al. v. Florida Health Sciences Center Inc., d/b/a Tampa General Hospital*, No. 2023-CA-014439 (Fla. Hillsborough Cty. Ct.); *Ramey v. The Pennsylvania State University*, No. 2:20-cv-00753 (W.D. Pa.); and *Pfingsten, et al. v. Carnegie Mellon University*, No. 2:20-cv-00716 (W.D. Pa.). There is little doubt that Mr. Kim could successfully collaborate with Bursor & Fisher in leading this case.

***Lieff Cabraser Heimann & Bernstein, LLP***

Mr. Kim has also worked closely over a period of several years with attorneys from Lieff Cabraser, including Michael Sobol, in *Gutierrez v. Wells Fargo*, No. 07-cv-05923-WHA (N.D. Cal.), which resulted in a $203 million trial verdict. While at his prior firm, Mr. Kim played a major role in developing that case and litigating the merits and class issues up to trial, and then worked for nearly two months inside Lieff Cabraser's San Francisco office alongside Mr. Sobol and his team during the trial, which resulted in a landmark verdict. More recently, Lynch Carpenter has worked with Lieff Cabraser in *In re: Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Liability Litigation*., No. 21-md-1230 (W.D. Pa.), which resulted in over a billion dollars in recovery for those impacted.

***Milberg Coleman Bryson Phillips Grossman, LLC***

Lynch Carpenter has worked, and continues to work, alongside Milberg on multiple cases in the data privacy arena. Most recently, members of the two firms have been appointed as interim co-lead counsel in *Crosby v. OneTouchPoint, Corp.*, No. 2:22-cv-00882 (E.D. Wis.), and work collaboratively in other data privacy cases, including *In re: Change Healthcare, Inc. Customer Data Security Breach Litigation*, No. 24-md-03108 (D. Minn.), *Cousin et al. v. Sharp Healthcare et al.*, No. 37-2022-

00047290 (Sup. Ct. San Diego Cty.), and *Hood, et al. v Educational Computer Systems, Inc.*, No. 2:24-cv-00666-CW (W.D. Pa.). The Milberg firm brings a breadth of experience and knowledge that would help provide a favorable outcome for the putative class in this litigation and Mr. Kim is confident that a co-leadership role with Milberg would be successful.

***Ahdoot & Wolfson, PC***

Ahdoot & Wolfson, PC and Lynch Carpenter have a long history of working together, teaming up on other data privacy matters such as *Cousin et al. v. Sharp Healthcare et al.*, No. 37-2022-00047290 (Sup. Ct. San Diego Cty.), and *In re MAPFRE Data Disclosure Litigation*, No. 1:23-cv-12059 (D. Mass.). Ahdoot & Wolfson's robust data privacy experience, and Ms. Wolfson's knowledge of the local rules, certainly support their firm's ability to successfully prosecute this action. Mr. Kim would welcome the opportunity to work with them.

***Katrina Carroll of Carroll Shamberg LLC***

Katrina Carroll is a former partner of Lynch Carpenter and has had, and continues to have, a successful working relationship with the firm. As a former law partner of Ms. Carroll, Mr. Kim has been a witness to the excitement, passion and energy that Ms. Carroll brings to her cases, which ultimately yield excellent results for her clients. *See, e.g., In re: Tiktok, Inc. Consumer Privacy Litigation,* No. 20-cv-4699 (N.D. Ill.) ($92 million settlement). Ms. Carroll's expertise in data privacy and her zealous approach to her practice make her an excellent candidate for lead counsel in this case.

***Sabita Soneji of Tycko & Zavereei, LLP***

While Mr. Kim has not personally worked with Tycko & Zavereei, other members of Lynch Carpenter have worked with the Tycko firm and, specifically, Sabita Soneji, in *In re: Change Healthcare, Inc. Customer Data Security Breach Litigation*, No. 24-md-3108 (D. Minn.), as well as in *In Re: Samsung Customer Data Security Breach Litigation*, No. 23-md-3055 (D.N.J.). Ms. Soneji's intellect and thorough approach to litigation make her a tremendous asset for the class. Mr. Kim would certainly support the appointment of Ms. Soneji as lead counsel.

Dated: August 15, 2025

Respectfully submitted,

*/s/ Jae (Eddie) K. Kim*
Jae (Eddie) K. Kim (SBN: 236805)
ekim@lcllp.com
**LYNCH CARPENTER, LLP**
117 E Colorado Blvd, Ste 600
Pasadena, CA 91105-3712
Telephone: (213) 723-0707
Facsimile: (858) 313-1850

*Attorney for Plaintiff Brian Calvert*