Sabita J. Soneji (SBN 224262)
*ssoneji@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
1970 Broadway – Suite 1070
Oakland, CA 94612
Office: 510-254-6808

Katrina Carroll (admitted *pro hac vice*)
*katrina@csclassactions.com*
Kyle Shamberg (admitted *pro hac vice*)
kyle@csclassactions.com
**CARROLL SHAMBERG LLC**
111 West Washington Street Suite 1240
Chicago, IL 60602
Office: 872-215-6205

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

*In re Meta Android Privacy Litigation*

This Document Relates To: All Actions

Case No. 3:25-cv-04674-RFL

**RESPONSE IN FURTHER SUPPORT OF MOTION TO APPOINT MAJORITY PLAINTIFFS' GROUP AS INTERIM CO-LEAD COUNSEL**

Judge: Hon. Rita F. Lin
Hearing Date: October 7, 2025
Time: 10:00 a.m.
Courtroom: Courtroom 15, 18th Floor

The Majority Plaintiffs Group is "best suited" to lead here given: a) their experience in leading large privacy litigation; b) their efforts in investigating plaintiffs' claims, including the claims against Google absent from the first-filed complaint, and work with technical experts to substantiate those claims; c) their filing the second and third complaints in this case, and being the first to assert the Google claims, and; c) their plurality support from most of the named Plaintiffs and their counsel. Indeed, Ms. Soneji and Ms. Carroll's demonstrated judgment in recognizing the true scope of liability in this case and their ability to secure the compromise of counsel to participate in supporting Executive Committee roles rather than as Lead Counsel set them apart and demonstrate their effectiveness as leaders. They both should be given the opportunity to bring their talents to bear here.

But this case is large and complex enough to merit multiple positions. Here, there are two groups and one individual seeking appointment. The Court could create a structure to best represent the Class taking all of the various counsels' strengths into consideration, and a structure that includes attorneys from both groups could serve the proposed Class. For example, the Honorable John Z. Lee, now a sitting judge on the Seventh Circuit, took this approach in *In re: TikTok, Inc., Consumer Privacy Litigation*, No. 20-cv-4699 (N.D. Ill.) (the "*TikTok* MDL") (attached hereto as **Exhibit A**). There, rather than accept any proposed slate wholesale, Judge Lee instead decided to "marry" counsel and create a structure he nicknamed "an Olympic team" with Ms. Carroll serving as Co-Lead Counsel alongside counsel who had challenged her. As is common in large cases, Judge Lee also appointed one liaison counsel and a five member Steering Committee, with members from each competing group. Ultimately, although the litigation had been contentious, all counsel ultimately came together and jointly endorsed the unprecedented, $92 million settlement later approved by the Court.

Just as in the *TikTok MDL*, leadership need not be an all or nothing proposition. Ms. Soneji and Ms. Carroll have proven their abilities to lead the biggest data privacy cases to resolution, and to unite and efficiently collaborate with attorneys from competing plaintiffs' firms. The Majority Plaintiffs Group

stand ready to work with any other plaintiffs' counsel on file to obtain outstanding results for the Class. For these reasons, the Group requests that the Court grant their Motion and appoint Sabita J. Soneji and Katrina Carroll as Interim Co-Lead Class Counsel, and Yana Hart, Daniel J. Kurowski, and Jordan Jacobson as the Interim Plaintiffs' Executive Committee.

DATED: August 15, 2025

By: */s/ Katrina Carroll*

Katrina Carroll (admitted *pro hac vice*)
*katrina@csclassactions.com*
Kyle Shamberg (admitted *pro hac vice*)
kyle@csclassactions.com
**CARROLL SHAMBERG LLC**
111 West Washington Street Suite 1240
Chicago, IL 60602
Office: 872-215-6205

Sabita J. Soneji (SBN 224262)
*ssoneji@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
1970 Broadway – Suite 1070
Oakland, CA 94612
Office: 510-254-6808

Matthew W. Ruan
*mruan@fklmlaw.com*
**FREED KANNER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
Facsimile: (925) 407-2700

Ryan J. Clarkson (SBN 257074)
Yana A. Hart (SBN 306499)
Bryan P. Thompson (SBN 354683)
*rclarkson@clarksonlawfirm.com*
*yhart@clarksonlawfirm.com*
*bthompson@clarksonlawfirm.com*
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, CA 901265
Telephone: (213) 788-4050

Jennifer L. Joost (Bar. No. 296164)
*jjoost@ktmc.com*
**KESSLER TOPAZ**
**MELTZER & CHECK LLP**
One Sansome Street, Suite 1850
San Francisco, CA 94104

Telephone: (415) 400-3000
Facsimile: (415) 400-3001

Joseph H. Meltzer (*pro hac vice* forthcoming)
*jmeltzer@ktmc.com*
Melissa L. Yeates (admitted *pro hac vice*)
*myeates@ktmc.com*
Tyler S. Graden (admitted *pro hac vice*)
*tgraden@ktmc.com*
**KESSLER TOPAZ**
**MELTZER & CHECK LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

James E. Cecchi (*pro hac vice* forthcoming)
*jcecchi@carellabyrne.com*
Kevin G. Cooper (*pro hac vice* forthcoming)
*kcooper@carellabyrne.com*
**CARELLA, BYRNE, CECCHI,**
**OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973)-994-1700
Facsimile: (973)-994-1744

Shana E. Scarlett (217895)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, California 94710
T: (510) 725-3000
shanas@hbsslaw.com

Daniel J. Kurowski (admitted *pro hac vice*)
Whitney K. Siehl (admitted pro *hac vice*)
*dank@hbsslaw.com*
*whitneys@hbsslaw.com*
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
T: (708) 628-4949