**BURSOR & FISHER, P.A.**
Philip L. Fraietta (SBN 354768)
Yitzchak Kopel (*pro hac vice*)
Max S. Roberts (*pro hac vice*)
Victoria X. Zhou (*pro hac vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163

*Attorneys for Plaintiff Rose and the Proposed Class*

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Michael W. Sobol (SBN 19485)
Michael K. Sheen (SBN 288284)
Amelia A. Haselkorn (SBN 339633)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Attorneys for Plaintiff Henderson and the Proposed Class*

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Mariya Weekes (*pro hac vice* forthcoming)
333 SE 2nd Avenue, Suite 2000
Miami, FL, 33131
Tel: (786) 879-8200
Fax: (786) 879-7520

*Attorneys for Plaintiff Ginder and the Proposed Class*

**AHDOOT & WOLFSON, PC**
Tina Wolfson (SBN 174806)
Theodore W. Maya (SBN 223242)
Alyssa D. Brown (SBN 301313)
Sarper Unal (SBN 341739)
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

*Attorneys for Plaintiff Lee and the Proposed Class*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

*In re Meta Android Privacy Litigation*

This Document Relates to: All Actions

Case No. 3:25-cv-04674-RFL

**RESPONSE TO MOTION TO APPOINT INTERIM LEAD COUNSEL (ECF NO. 41)**

Judge: Rita F. Lin
Date: October 7, 2025
Time: 10:00 A.M.
Ctrm: 15, 18th Floor

Pursuant to the Court's July 18, 2025 Order (ECF No. 30), Plaintiffs Rose, Ginder, Henderson, and Lee and their respective counsel ("Proposed Class Counsel") respectfully submit this response to the motion by Plaintiffs Vincent et al. to appoint their chosen counsel (the "Vincent Group") as interim class counsel (ECF No. 41).

*First*, Proposed Class Counsel have unmatched experience litigating data privacy cases like this one against Meta and Google, including numerous actions involving use of the Meta Pixel and the Android operating system and claims under the California Invasion of Privacy Act ("CIPA") and the other privacy-related causes of action. Proposed Class Counsel include the firm that filed the first-ever case stemming from misuse of the Meta Pixel and the firm that certified the first-ever class following a contested class certification motion in a Meta Pixel case, and have recovered tens of millions of dollars for consumers in cases involving the Meta Pixel. *See* ECF No. 40 at 4:12-5:1, 5:10-12, 7:24-25.

In addition, Proposed Class Counsel played a primary role in positively developing the impact of CIPA on digital privacy law, have secured cutting-edge business practice changes in the digital media environment, and obtained hundreds of millions of dollars for class members in data privacy cases against Meta, Google, and others. *See*, *e.g.*, ECF No. 40 at 5:5-6, 7:27-28, 8:28-9:2, 15:16-17. While the Vincent Group includes well-respected and highly-capable attorneys and firms from the class action plaintiffs' bar, the accomplishments they cite largely stem from cases involving data breaches or violations of biometric privacy statutes, none of which is at issue here. *See* ECF No. 41 at 4-8. Importantly, Proposed Class Counsel offer deep experience handling "the *types of claims* asserted in [this] action" and "knowledge of the *applicable* law." Fed. R. Civ. P. 23(g)(1)(A)(ii)-(iii) (emphases added).

*Second*, Proposed Class Counsel's leadership structure is simple and straightforward: Bursor and Lieff Cabraser will lead the litigation against Meta, Milberg and Ahdoot Wolfson will lead the litigation against Google, and all four firms will work collaboratively together as they have in numerous other cases. ECF No. 40 at 1:21-23, 5:4-17. This structure appropriately reflects the distinct claims and theories of liability faced by, and divergent interests of, Meta (which is alleged to have engaged in unlawful surveillance) and Google (which is alleged to have failed to prevent it).

Proposed Class Counsel's structure will ensure that this case, at its heart a Meta Pixel case, is not bogged down in inefficiencies and can be litigated with the resources necessary to take on two of the world's largest technology companies.

The Vincent Group, by contrast, proposes a leadership structure involving two lead counsel firms and an executive committee of three additional law firms. ECF No. 41 at 1:10-13. While such a structure may be appropriate in some circumstances, particularly in multidistrict litigation or when "the interests of the class diverge or are dissimilar"—Proposed Counsel respectfully submit this is not the case here. *See Aberlin v. Am. Honda Motor Co.*, 2017 WL 3641793, at *2-3 (N.D. Cal. Aug. 24, 2017) (denying motion to appoint three-firm executive committee). The Vincent Group's proposal to assign each executive committee firm with specialized roles—e.g., "Plaintiff Vetting and Discovery," "Offensive, Third-Party, and Expert Discovery," and "Law and Briefing" (ECF No. 41 at 1:11-13)—is unnecessary and not ideal given the distinct claims against Meta and Google and may lead to "substantially increased costs" and "unnecessary duplication of efforts." *See Aberin*, 2017 WL 3641793, at *2; *Rubenstein v. Scripps Health*, 2021 WL 4554569, at *4 (S.D. Cal. Oct. 5, 2021) (a steering committee "would not be economical and not benefit the proposed class").

*Third*, other factors favor Proposed Class Counsel. They filed *Rose* case—the first case to be filed in this consolidated action. They have retained as an expert one of *the* researchers who first discovered the malfeasance that gave rise to these actions. *See* ECF No. 40 at 1:17-19. And they led efforts to relate and consolidate each later-filed action to the *Rose* action to ensure efficient case management. The applicants for interim class counsel each boast attorneys with diverse backgrounds (including in leadership positions), sizeable resources, and impressive track records in litigating privacy class actions in this District. But Proposed Class Counsel stand out, among other reasons, for their experience and expertise in *these types of cases* against *these Defendants*. Combined with the leadership they have already demonstrated in early case management efforts, Proposed Class Counsel is best suited to lead this litigation forward.

Dated: August 15, 2025

Respectfully submitted,

By: /s/ Philip L. Fraietta
**BURSOR & FISHER, P.A.**
Philip L. Fraietta (SBN 354768)
Yitzchak Kopel (*pro hac vice*)
Max S. Roberts (*pro hac vice*)
Victoria X. Zhou (*pro hac vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: pfraietta@bursor.com
ykopel@bursor.com
mroberts@bursor.com
vzhou@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
1990 North California Boulevard, 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

*Attorneys for Plaintiff Rose and the Proposed Class*

By: /s/ Michael W. Sobol
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Michael W. Sobol (SBN 19485)
Michael K. Sheen (SBN 288284)
Amelia A. Haselkorn (SBN 339633)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
E-Mail: msobol@lchb.com
msheen@lchb.com
ahaselkorn@lchb.com

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Douglas I. Cuthbertson (*pro hac vice*)
250 Hudson Street, 8th floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592
E-Mail: dcuthbertson@lchb.com

*Attorneys for Plaintiff Henderson and the Proposed Class*

By: /s/ William Edelman
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Gary M. Klinger (*pro hac vice forthcoming*)
William Edelman (SBN 285177)
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
E-Mail: gklinger@milberg.com
wedelman@milberg.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Heather Lopez (SBN 354022)
280 S. Beverly Drive
Beverly Hills, CA 90212
E-Mail: hlopez@milberg.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Mariya Weekes (*pro hac vice forthcoming*)
333 SE 2nd Avenue, Suite 2000
Miami, FL, 33131
Tel: (786) 879-8200
Fax: (786) 879-7520
E-Mail: mweekes@milberg.com

*Attorneys for Plaintiff Ginder and the Proposed Class*

By: /s/ Tina Wolfson
**AHDOOT & WOLFSON, PC**
Tina Wolfson (SBN 174806)
Theodore W. Maya (SBN 223242)
Alyssa D. Brown (SBN 301313)
Sarper Unal (SBN 341739)
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
E-Mail: twolfson@ahdootwolfson.com
tmaya@ahdootwolfson.com
abrown@ahdootwolfson.com
sunal@ahdootwolfson.com

*Attorneys for Plaintiff Lee and the Proposed Class*

**SIGNATURE ATTESTATION**

I, Philip L. Fraietta, as the ECF user and filer of this document, attest pursuant to N.D. Cal. L.R. 5-1(i)(3) that each of the other signatories have concurred in the filing of the document.

Dated: August 15, 2025

By: */s/ Philip L. Fraietta*
Philip L. Fraietta