1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

12
13
14
15

*In re Meta Android Privacy Litigation*

This Document Relates to: All Actions

Case No. 3:25-cv-04674-RFL

[PROPOSED] ORDER AS MODIFIED GRANTING MOTION FOR APPOINTMENT AS INTERIM CLASS COUNSEL

16
17
18
19
20
21
22
23
24
25
26
27
28

Upon consideration of Plaintiffs Devin Rose, Hayden Lee, John Ginder, and Brandon Henderson's Motion for Appointment of Interim Class Counsel, the Court GRANTS the motion and HEREBY ORDERS as follows:

1. The Court finds that Bursor & Fisher, P.A.; Lieff Cabraser Heimann & Bernstein, LLP; Milberg Coleman Bryson Phillips Grossman, LLC; and Ahdoot & Wolfson, PC (a) thoroughly investigated the underlying facts, commenced the first-filed case, led early case management efforts, and organized parties in the related actions before the Court; (b) possess extensive experience with data privacy class actions involving Pixel and Google's Android operating system and have tailored knowledge of the relevant law; (c) have the resources to represent the class effectively throughout the entirety of the litigation; and (d) have experience working together in data privacy class actions and a plan to work collaboratively with other Plaintiffs' counsel and opposing counsel. The Court has considered requests to expand the leadership structure to include additional counsel, but finds that adding more counsel would unnecessarily complicate the decision-making process, increase costs, and duplicate efforts, while not providing a significant additional benefit to the putative class. For these reasons, the Court finds that Bursor & Fisher, P.A.; Lieff Cabraser Heimann & Bernstein, LLP; Milberg Coleman Bryson Phillips Grossman, LLC; and Ahdoot & Wolfson, PC are best able to represent the interests of the putative class. Bursor & Fisher, P.A.; Lieff Cabraser Heimann & Bernstein, LLP; Milberg Coleman Bryson Phillips Grossman, LLC; and Ahdoot & Wolfson, PC are therefore appointed Interim Class Counsel in this consolidated action pursuant to Federal Rule of Civil Procedure 23(g).

2. Consistent with the Manual for Complex Litigation Fourth, 10.221 and 40.22, Interim Class Counsel shall have the authority to perform or delegate the following tasks on behalf of all Plaintiffs in the consolidated action:

   a. directing, coordinating, and supervising the prosecution of Plaintiffs' claims in this consolidated action;
   b. preparing, structuring, and presenting pretrial and other case management orders;
   c. convening meetings of counsel;
   d. communicating with defense counsel and relevant third parties;
   e. initiating, responding to, scheduling, briefing, and arguing all motions;
   f. appearing at all hearings and conferences regarding the case;

g.  determining the scope, order, and conduct of all discovery proceedings;

h.  assigning work to Plaintiffs' counsel in this action, as necessary and appropriate;

i.  retaining experts;

j.  conducting settlement negotiations on behalf of named Plaintiffs and the class and entering into settlement agreements on behalf of the class;

k.  entering into stipulations with opposing counsel as necessary for the conduct of the litigation;

l.  collecting and reviewing time and expense records from Plaintiffs' counsel on a regular basis, or as provided for under any Court-approved protocol;

m.  coordinating activities to avoid duplication and inefficiency in the filing, serving, and or implementation of pleadings, other court papers, discovery papers, and discovery practice, and generally in the litigation;

n.  coordinating discovery and briefing of common legal issues, and if appropriate, settlement approval proceedings; and

o.  performing such other duties that may be incidental to proper coordination of Plaintiffs' pretrial activities or authorized by further order of this Court.

3.  This Order shall apply to any action filed in, transferred to, or removed to this Court, that has been ordered to be treated as a related case under Local Rule 3-12. All other plaintiffs' counsel in this litigation and related cases are prohibited from taking any action on behalf of the putative class without advance authorization from Interim Class Counsel, except for an application to modify or be relieved from this Order. Interim Class Counsel shall serve a copy of this Order on counsel for plaintiffs in any related action not yet consolidated.

4.  Plaintiffs shall file a Consolidated Complaint no later than thirty (30) days following the entry of this Order.

**IT IS SO ORDERED.**

Dated:  October 27, 2025

_____
Rita F. Lin
United States District Judge