LATHAM & WATKINS LLP
Serrin Turner (*pro hac vice*)
*serrin.turner@lw.com*
Nicolas Luongo (*pro hac vice* pending)
*nicolas.luongo@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

Brad Baglien (*pro hac vice*)
*brad.baglien@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

Melanie M. Blunschi (Bar No. 234264)
*melanie.blunschi@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

*Attorneys for Defendant*
*Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re Meta Android Privacy Litigation.<br><br>This Document Relates To:<br>All Actions | Case No. 3:25-cv-04674-RFL<br><br>**DECLARATION OF SERRIN TURNER IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S MOTION TO DISMISS COMPLAINT**<br><br>Hearing: March 24, 2026<br>Time: 10:00 a.m.<br>Location: Courtroom 15—18th Floor<br>Judge: Hon. Rita F. Lin |

I, Serrin Turner, hereby declare as follows:

1. I am a partner of Latham & Watkins LLP, counsel of record for defendant Meta Platforms, Inc. ("Meta") in the above-captioned action. I am a member in good standing of the bar of the State of New York, and have been admitted to practice *pro hac vice* in this action. I submit this declaration in support of Meta's Motion to Dismiss the Complaint ("Motion to Dismiss"). I make this declaration based on my personal knowledge.

2. Attached hereto as Exhibit A is a true and correct copy of Meta's Privacy Policy, dated June 26, 2024, which is publicly available at https://mbasic.facebook.com/privacy/policy/printable/version/25238980265745528/.

3. Attached hereto as Exhibit B is a true and correct copy of Meta's Privacy Policy, dated November 14, 2024, which is publicly available at https://mbasic.facebook.com/privacy/policy/printable/version/8810742435690564/.

4. Attached hereto as Exhibit C is a true and correct copy of Meta's Privacy Policy, dated June 16, 2025, which is publicly available at https://mbasic.facebook.com/privacy/policy/printable/version/10052835831416190/.

5. Attached hereto as Exhibit D is a true and correct copy of Meta's current Privacy Policy, dated December 16, 2025, which is publicly available at https://mbasic.facebook.com/privacy/policy/printable/version/25862970456621906/.

6. Attached hereto as Exhibit E is a true and correct copy of Meta's current Cookies Policy, dated December 12, 2023, which is publicly available at https://mbasic.facebook.com/privacy/policies/cookies/printable/.

7. Attached hereto as Exhibit F is a true and correct copy of a publicly available Meta Help Center page, titled "Connecting Activity off Meta technologies to Facebook accounts." This page is cross-referenced in the section of Meta's Privacy Policy titled "Information from partners, vendors and other third parties," which states "Learn more about how we connect information from partners to your account." *See* Ex. A at 8; Ex. B at 7; Ex. C at

7; Ex. D at 7. The underlined text links to the Help Center page depicted in Exhibit F. The page is publicly available at https://www.facebook.com/help/245334736592773.

8. Attached hereto as Exhibit G is a true and correct copy of a Meta user interface, which is cross-referenced in the section of Meta's Privacy Policy titled "Information from partners, vendors and other third parties," in a subsection labeled "Take control."[1] A button appears under that label stating "Your activity off Meta technologies." *See* Ex. A at 8; Ex. B at 7; Ex. C at 7-8; Ex. D at 8. Clicking on that button brings up the user interface shown on page 1 of Exhibit G, which provides users with options to "Disconnect specific activity," "Clear previous activity," and "Manage future activity." Clicking on the "Manage future activity" brings up the user interface shown on page 2 of Exhibit G, which allows users to "Disconnect future activity," which will "disconnect information that businesses and organizations send us about your interactions with them," and also "clear your previous activity." The interface depicted in Exhibit G is available to all logged-in Facebook users at https://www.facebook.com/ off_facebook_activity/.[2]

9. Attached hereto as Exhibit H is a true and correct copy of a Meta Business Help Center article, titled "About event match quality," which is publicly available at https://www.facebook.com/business/help/765081237991954.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of January 2026, in New York, New York.

*<u>/s/ Serrin Turner</u>*
Serrin Turner

---

[1] This same interface is also cross-referenced elsewhere in the Privacy Policy, in a section labeled, "How can you manage or delete your information and exercise your rights?" That section directs users to "a variety of tools to view, manage, download, and delete your information," including with respect to "Off-Meta Activity." *See* Ex. A at 61; Ex. B at 55-56; Ex. C at 55-56; Ex. D at 56. Clicking "Off-Meta Activity" displays the user interface as described above.

[2] If the user is not logged in, clicking on the "Your activity off Meta technologies" button brings up a login prompt, after which the user interface in question appears.