LATHAM & WATKINS LLP
Serrin Turner (pro hac vice)
serrin.turner@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

Brad Baglien (pro hac vice)
brad.baglien@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

Melanie M. Blunschi (Bar No. 234264)
melanie.blunschi@lw.com
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600
*Attorneys for Defendant*
*Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re Meta Android Privacy Litigation.<br><br>This Document Relates To:<br>All Actions | Case No. 3:25-cv-04674-RFL<br><br>**META PLATFORMS, INC.'S NOTICE OF ERRATA TO MOTION TO DISMISS CLASS ACTION COMPLAINT (DKT. 101)**<br><br>Hearing: March 24, 2026<br>Time: 10:00 a.m.<br>Location: Courtroom 15—18th Floor<br>Judge: Hon. Rita F. Lin |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL:**

Defendant Meta Platforms, Inc. ("Meta") hereby submits its Notice of Errata to correct a formatting error in Meta's Motion to Dismiss Class Action Complaint (Dkt. 101). In particular, Meta has made the change indicated in the chart below.

| Page & Line Number | Original Text | Changed Text |
|---|---|---|
| Page 22, line 20 – Page 23, line 2 | Single-Spaced | Double-Spaced |

Meta hereby submits as Exhibit 1 a true and correct copy of Meta's Corrected Motion for Dismiss the Class Action Complaint.

Dated: March 2, 2026

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ *Serrin Turner*

Serrin Turner (*pro hac vice*)
*serrin.turner@lw.com*
Nicolas Luongo (*pro hac vice* pending)
*nicolas.luongo@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

Brad Baglien (*pro hac vice*)
*brad.baglien@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

Melanie M. Blunschi (Bar No. 234264)
*melanie.blunschi@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600