LATHAM & WATKINS LLP
Serrin Turner (*pro hac vice*)
*serrin.turner@lw.com*
Nicolas Luongo (*pro hac vice*)
*nicolas.luongo@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

Brad Baglien (*pro hac vice*)
*brad.baglien@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

Melanie M. Blunschi (Bar No. 234264)
*melanie.blunschi@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

*Attorneys for Defendant*
*Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re Meta Android Privacy Litigation.<br><br>This Document Relates To:<br>All Actions | Case No. 3:25-cv-04674-RFL<br><br>**DECLARATION OF SERRIN TURNER IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT**<br><br>Hearing: March 24, 2026<br>Time: 10:00 a.m.<br>Location: Courtroom 15—18th Floor<br>Judge: Hon. Rita F. Lin |

I, Serrin Turner, hereby declare as follows:

1. I am a partner of Latham & Watkins LLP, counsel of record for defendant Meta Platforms, Inc. ("Meta") in the above-captioned action. I am a member in good standing of the bar of the State of New York, and have been admitted to practice *pro hac vice* in this action. I submit this declaration in support of Meta's Motion to Dismiss the Complaint ("Motion to Dismiss"). I make this declaration based on my personal knowledge.

2. Attached hereto as Exhibit I is a true and correct copy of the Order re Demurrer and Motion to Strike from *Camacho v. DG Premium Brands LLC*, No. 24STCV21672 (Super. Ct. L.A. County), dated April 17, 2025.

3. Attached hereto as Exhibit J is a true and correct copy of Assembly Committee on Public Safety, Bill Analysis of California Assembly Bill No. 929, California 2015-2016 Regular session (April 7, 2015). This document is also available on the California Legislature's website at https://www.leginfo.ca.gov/pub/15-16/bill/asm/ab_0901-0950/ab_929_cfa_20150406_093935_asm_comm.html.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of March 2026, in New York, New York.

*/s/ Serrin Turner*
Serrin Turner