**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Valerie Roddy (CA Bar No. 235163)
valerieroddy@quinnemanuel.com
Teuta Fani (CA Bar No. 360443)
teutafani@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Taylor Ross (admitted *pro hac vice*)
taylorross@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, New York 10016
Tel: (212) 849-7000
Fax: (212) 849-7100

*Attorneys for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

*In re Meta Android Privacy Litigation*

This Document Relates To:
All Actions

Case No. 3:25-cv-04674-RFL

**GOOGLE'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

The Honorable Rita F. Lin

Complaint Filed: November 26, 2025
Trial Date: None Set

Defendant Google LLC ("Google") answers the First Amended Consolidated Class Action Complaint (Dkt. 122) ("FAC") filed by Plaintiffs Devin Rose, Yolanda Cunningham, Bert Velilla, and John Ginder ("Plaintiffs") as follows:

Google interprets any headings, the Table of Contents, and the unnumbered introductory paragraph preceding Section I of the FAC to provide a roadmap to the allegations and not as allegations themselves. Google therefore does not provide a specific response to the headers, the Table of Contents, or the introductory paragraph. To the extent a response is required, Google denies any allegations contained therein.

1. This paragraph merely provides Plaintiffs' description of Plaintiffs' lawsuit and thus no response is required. To the extent a response is required, Google denies the allegations in this paragraph.

2. Google admits that the Android operating system employs application sandboxing as a security feature to isolate applications from one another. Google lacks sufficient information to admit or deny the allegations regarding Meta's practices and therefore denies them. Google denies all remaining allegations and characterizations in this paragraph.

3. Google admits that Android employs application sandboxing, a security feature to isolate applications from one another. The allegations in this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations, and therefore denies them. Google denies all remaining allegations and characterizations in this paragraph.

4. This paragraph purports to quote or paraphrase the report titled "Covert Web-to-App Tracking via Localhost on Android" and the article titled "*Meta and Yandex Are De-Anonymizing Android Users' Web Browsing Identifiers*," published on or about June 3, 2025. Those documents speak for themselves and therefore Google denies any quotation or characterization inconsistent with those documents in part or as a whole. Google denies any allegation that Android contained a vulnerability or that any conduct of Google rendered users' information "non-anonymous and identifiable." The remaining allegations are directed at Meta and not at Google, and therefore no

response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny them and therefore denies them.

5. Google admits that Meta's conduct as alleged in the Complaint violated Android's sandboxing protocols. Google denies that the conduct at issue constituted a "breach" of Android or that Google impaired any user's ability to maintain online privacy. The remaining allegations of this paragraph are directed at Meta's conduct or the conduct of third-party browsers and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

6. Denied.

7. Google lacks sufficient information to admit or deny the allegations concerning Plaintiffs' individual devices, accounts, browsing activities, or purported injuries, and therefore denies them. Google denies that it caused Plaintiffs or any putative class member any harm, denies that it engaged in any unauthorized collection or sale of personal information, and denies that Plaintiffs are entitled to any relief from Google. Google otherwise denies all remaining allegations.

8. Google lacks sufficient information to admit or deny the allegations concerning Plaintiff Devin Rose's residency, age, citizenship, devices, or accounts, and therefore denies them. Google denies that Plaintiff Rose or any member of the putative class was a "victim" of any conduct by Google and denies that Google's privacy protections were "illusory." The remaining allegations of this paragraph are directed at Meta's conduct and not at Google, and therefore no response from Google is required. To the extent a response is required, Google denies the allegations.

9. Google lacks sufficient information to admit or deny the allegations concerning Yolanda Cunningham's residency, age, citizenship, devices, or accounts, and therefore denies them. Google denies that Plaintiff Cunningham or any member of the putative class was a "victim" of any conduct by Google and denies that Google's privacy protections were "illusory." The remaining allegations of this paragraph are directed at Meta's conduct and not at Google, and therefore no response from Google is required. To the extent a response is required, Google denies the allegations.

10. Google lacks sufficient information to admit or deny the allegations concerning Plaintiff Bert Velilla's residency, age, citizenship, devices, or accounts, and therefore denies them. Google denies that Plaintiff Velilla or any member of the putative class was a "victim" of any conduct by Google and denies that Google's privacy protections were "illusory." The remaining allegations of this paragraph are directed at Meta's conduct and not at Google, and therefore no response from Google is required. To the extent a response is required, Google denies the allegations.

11. Google lacks sufficient information to admit or deny the allegations concerning Plaintiff John Ginder's residency, age, citizenship, devices, or accounts, and therefore denies them. Google denies that Plaintiff Ginder or any member of the putative class was a "victim" of any conduct by Google and denies that Google's privacy protections were "illusory." The remaining allegations of this paragraph are directed at Meta's conduct and not at Google, and therefore no response from Google is required. To the extent a response is required, Google denies the allegations.

12. The allegations of this paragraph concern Defendant Meta and not Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

13. Google admits that it is a Delaware limited liability company with its principal place of business at 1600 Amphitheatre Parkway, Mountain View, California 94043.

14. The allegations in this paragraph state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

15. The allegations in this paragraph state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

16. Google admits that its principal place of business is in California. The remaining allegations state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

17. The allegations in this paragraph state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

18. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

19. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

20. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

21. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

22. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

23. The purportedly quoted documents speak for themselves, and therefore Google denies any quotation or characterization inconsistent with those documents in part or as a whole. The remaining allegations are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny them and therefore denies them.

24. Google admits that when a user generally visits a website, the user's web browser sends an HTTP request to the website's server, which responds with instructions for displaying the website. The remaining allegations are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny them and therefore denies them.

25. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

26. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

27. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

28. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

29. Google admits that the Android operating system employs application sandboxing as a security feature to isolate applications from one another. The remaining allegations in this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

30. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

31. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

32. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

33. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

34. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

35. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

36. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

37. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

38. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

39. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

40. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

41. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

42. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

43. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

44. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

45. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

46. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

47. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

48. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

49. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

50. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, the cited legal decision speaks for itself. Google lacks sufficient information to admit or deny the remaining allegations and therefore denies them.

51. Google admits that the Android operating system employs application sandboxing as one feature of its security architecture to isolate applications from one another. Google denies all remaining allegations and characterizations in this paragraph.

52. This paragraph purports to quote the researchers' published report. That report speaks for itself, and therefore Google denies any quotation or characterization inconsistent with the report in part or as a whole, including any characterization that the Chrome browser acted improperly. The remaining allegations are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny them and therefore denies them.

53. This paragraph purports to quote the researchers' published report. That report speaks for itself, and therefore Google denies any quotation or characterization inconsistent with the report in part or as a whole. The remaining allegations are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny them and therefore denies them.

54. Google admits that the Android operating system employs application sandboxing as a security feature to isolate applications from one another. Google denies all remaining allegations and characterizations in this paragraph.

55. Google admits that the Android operating system employs application sandboxing as a security feature to isolate applications from one another. This paragraph purports to quote Google's published Android documentation. That documentation speaks for itself, and therefore Google denies any quotation or characterization inconsistent with it in part or as a whole. Google denies all remaining allegations and characterizations in this paragraph.

56. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them. Google denies all remaining allegations and characterizations in this paragraph.

57. The cited materials describing localhost speak for themselves, and therefore Google denies any quotation or characterization of the documents that are inconsistent with the documents in part or as a whole.

58. Denied.

59. The allegations of this paragraph are directed at Meta, not Google; therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations, and therefore denies them. Google denies all remaining allegations and characterizations in this paragraph.

60. The allegations of this paragraph describe Meta's conduct and intent, and are directed at Meta, not Google; therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations, and therefore denies them.

61. The allegations of this paragraph are directed at Meta, not Google; therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations, and therefore denies them.

62. The allegations of this paragraph are directed at Meta, not Google; therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations, and therefore denies them.

63. The allegations of this paragraph are directed at Meta, not Google; therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations, and therefore denies them.

64. Google admits that an update concerning localhost communications was introduced in a version of the Chrome browser on or about April 2025. The remaining allegations are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny them and therefore denies them. Google denies all remaining allegations and characterizations in this paragraph.

65. The allegations of this paragraph are directed at Meta, not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

66. The allegations of this paragraph are directed at Meta, not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

67. The allegations of this paragraph describe the purported results of Meta's conduct and are directed at Meta, not Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

68. Google denies Plaintiffs' characterization that Android's localhost communications channel was "unsecured" or "non-exclusive." Google denies that Chrome's Incognito mode failed to operate as documented. This paragraph purports to quote and characterize Google's Chrome Incognito help page. That document speaks for itself, and therefore Google denies any quotation or characterization inconsistent with it in part or as a whole. The remaining allegations are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny them and therefore denies them. Google denies all remaining allegations and characterizations in this paragraph.

69. The purportedly quoted article speaks for itself, and therefore Google denies any quotation or characterization that is inconsistent with the article in part or as a whole.

70. Denied.

71. Google denies that the Chrome browser executed the Meta Pixel script improperly or in violation of any applicable standard. Google lacks sufficient information to admit or deny the allegations concerning Mozilla's statements and therefore denies them. Google otherwise lacks sufficient information to admit or deny the remaining allegations concerning third-party browser developers and therefore denies them.

72. Denied.

73. The allegations of this paragraph describe statements and conduct attributed to Meta and are directed at Meta, not Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny them, and therefore denies them. Google denies any "miscommunication" concerning Google's policies.

74. The allegations of this paragraph describe statements and conduct attributed to Meta and are directed at Meta, not Google, and therefore no response from Google is required. To the

extent a response is required, Google lacks sufficient information to admit or deny them, and therefore denies them.

75. The allegations of this paragraph describe statements and conduct attributed to Meta and are directed at Meta, not Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny them, and therefore denies them. Google denies all remaining allegations and characterizations in this paragraph.

76. Google denies that Chrome's Incognito mode or cookie/browsing data controls were ineffective or failed to provide the privacy protections represented to users. The remaining allegations of this paragraph describe statements and conduct attributed to Meta and are directed at Meta, not Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny them, and therefore denies them.

77. The allegations of this paragraph describe statements and conduct attributed to Meta and third-party website developers and are directed at Meta, not Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them. Google denies all remaining allegations and characterizations in this paragraph.

78. The allegations of this paragraph describe statements and conduct attributed to Meta and are directed at Meta, not Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny them, and therefore denies them.

79. Google admits that Android is a mobile operating system developed by Google that is used on mobile devices worldwide. The cited Android website speaks for itself, and therefore Google denies any characterization inconsistent with it in part or as a whole. Google denies all remaining allegations and characterizations in this paragraph.

80. Google admits that Android device manufacturers may choose to license and pre-install Google software applications, including the Chrome browser, on their devices, and that consumers may download both Google's own applications and third-party applications from the

Google Play store. The purportedly quoted statements speak for themselves, and therefore Google denies any quotation or characterization of the statements inconsistent with the statements in part or as a whole. Google denies all remaining allegations and characterizations in this paragraph.

81. The purportedly quoted statements speak for themselves, and therefore Google denies any quotation or characterization of the statements inconsistent with the statements in part or as a whole. Google denies all remaining allegations and characterizations in this paragraph.

82. The purportedly quoted statements speak for themselves, and therefore Google denies any quotation or characterization of the statements inconsistent with the statements in part or as a whole. Google denies all remaining allegations and characterizations in this paragraph.

83. The purportedly quoted statements speak for themselves, and therefore Google denies any quotation or characterization of the statements that are inconsistent with the statements in part or as a whole. Google denies all remaining allegations and characterizations in this paragraph.

84. The purportedly quoted statement speaks for itself, and therefore Google denies any quotation or characterization of the statement inconsistent with the statement in part or as a whole. Google denies all remaining allegations and characterizations in this paragraph.

85. The purportedly quoted statements speak for themselves, and therefore Google denies any quotation or characterization of the statement inconsistent with the statement in part or as a whole. Google denies all remaining allegations and characterizations in this paragraph.

86. The purportedly quoted statement speaks for itself, and therefore Google denies any quotation or characterization of the statement inconsistent with the statement in part or as a whole. Google denies all remaining allegations and characterizations in this paragraph.

87. Denied.

88. Denied.

89. Denied.

90. Google lacks sufficient information to admit or deny the allegations concerning Apple's iOS architecture and therefore denies them. Google denies all remaining allegations and characterizations in this paragraph.

91. Denied.

92. Google denies the allegations concerning Android's architecture and sandbox protocol. Google lacks sufficient information to admit or deny the allegations concerning Apple's iOS and therefore denies them. Google denies all remaining allegations and characterizations in this paragraph.

93. Denied.

94. Denied.

95. This paragraph purports to quote the researchers' published report. That report speaks for itself, and therefore Google denies any quotation or characterization inconsistent with the report in part or as a whole. Google denies all remaining allegations in this paragraph.

96. The allegations in this paragraph are directed at parties other than Google and concern matters as to which Google lacks knowledge or information sufficient to form a belief as to their truth, and therefore Google denies them.

97. The allegations in this paragraph are directed at parties other than Google and concern matters as to which Google lacks knowledge or information sufficient to form a belief as to their truth, and therefore Google denies them.

98. The allegations in this paragraph are directed at parties other than Google and concern matters as to which Google lacks knowledge or information sufficient to form a belief as to their truth, and therefore Google denies them.

99. The allegations in this paragraph are directed at Meta and concern Plaintiff Rose's purported subjective expectations and Meta's purported conduct, as to which Google lacks knowledge or information sufficient to form a belief as to their truth, and therefore Google denies them.

100. The allegations in this paragraph are directed at parties other than Google and concern matters as to which Google lacks knowledge or information sufficient to form a belief as to their truth, and therefore Google denies them.

101. The allegations in this paragraph are directed at parties other than Google and concern matters as to which Google lacks knowledge or information sufficient to form a belief as to their truth, and therefore Google denies them.

102. The allegations in this paragraph are directed at parties other than Google and concern matters as to which Google lacks knowledge or information sufficient to form a belief as to their truth, and therefore Google denies them.

103. The allegations in this paragraph are directed at parties other than Google and concern matters as to which Google lacks knowledge or information sufficient to form a belief as to their truth, and therefore Google denies them.

104. The allegations in this paragraph are directed at parties other than Google and concern matters as to which Google lacks knowledge or information sufficient to form a belief as to their truth, and therefore Google denies them.

105. The allegations in this paragraph are directed at Meta and concern Plaintiff Cunningham's purported subjective expectations and Meta's purported conduct, as to which Google lacks knowledge or information sufficient to form a belief as to their truth, and therefore Google denies them.

106. The allegations in this paragraph are directed at parties other than Google and concern matters as to which Google lacks knowledge or information sufficient to form a belief as to their truth, and therefore Google denies them.

107. The allegations in this paragraph are directed at parties other than Google and concern matters as to which Google lacks knowledge or information sufficient to form a belief as to their truth, and therefore Google denies them.

108. The allegations in this paragraph are directed at parties other than Google and concern matters as to which Google lacks knowledge or information sufficient to form a belief as to their truth, and therefore Google denies them.

109. The allegations in this paragraph are directed at parties other than Google and concern matters as to which Google lacks knowledge or information sufficient to form a belief as to their truth, and therefore Google denies them.

110. The allegations in this paragraph are directed at parties other than Google and concern matters as to which Google lacks knowledge or information sufficient to form a belief as to their truth, and therefore Google denies them.

111. The allegations in this paragraph are directed at Meta and concern Plaintiff Velilla's purported subjective expectations and Meta's purported conduct, as to which Google lacks knowledge or information sufficient to form a belief as to their truth, and therefore Google denies them.

112. The allegations in this paragraph are directed at parties other than Google and concern matters as to which Google lacks knowledge or information sufficient to form a belief as to their truth, and therefore Google denies them.

113. The allegations in this paragraph are directed at parties other than Google and concern matters as to which Google lacks knowledge or information sufficient to form a belief as to their truth, and therefore Google denies them.

114. The allegations in this paragraph are directed at parties other than Google and concern matters as to which Google lacks knowledge or information sufficient to form a belief as to their truth, and therefore Google denies them.

115. The allegations in this paragraph are directed at parties other than Google and concern matters as to which Google lacks knowledge or information sufficient to form a belief as to their truth, and therefore Google denies them.

116. The allegations in this paragraph are directed at parties other than Google and concern matters as to which Google lacks knowledge or information sufficient to form a belief as to their truth, and therefore Google denies them.

117. The allegations in this paragraph are directed at Meta and concern Plaintiff Ginder's purported subjective expectations and Meta's purported conduct, as to which Google lacks knowledge or information sufficient to form a belief as to their truth, and therefore Google denies them.

118. The allegations in this paragraph are directed at parties other than Google and concern matters as to which Google lacks knowledge or information sufficient to form a belief as to their truth, and therefore Google denies them.

119. The allegations in this paragraph are directed at parties other than Google and concern matters as to which Google lacks knowledge or information sufficient to form a belief as to their truth, and therefore Google denies them.

120. This paragraph contains Plaintiffs' definition of a proposed class and Plaintiffs' description of the relief they seek, to which no response is required. To the extent a response is required, Google denies that this action may properly be maintained as a class action, denies that the proposed class is properly defined or certifiable, and denies the remaining allegations in this paragraph.

121. This paragraph contains Plaintiffs' definition of a proposed subclass and Plaintiffs' description of the relief they seek, to which no response is required. To the extent a response is required, Google denies that this action may properly be maintained as a class action, denies that the proposed subclass is properly defined or certifiable, and denies the remaining allegations in this paragraph.

122. This paragraph contains Plaintiffs' description of persons purportedly excluded from the proposed class, to which no response is required. To the extent a response is required, Google denies that this action may properly be maintained as a class action and denies the remaining allegations in this paragraph.

123. This paragraph states legal conclusions regarding Rule 23 to which no response is required. To the extent a response is required, Google denies that this action satisfies the requirements of Rule 23, denies that the proposed class may be certified, and denies the remaining allegations in this paragraph.

124. This paragraph states legal conclusions regarding Rule 23 to which no response is required. To the extent a response is required, Google denies that this action satisfies the requirements of Rule 23, denies that any negligence on the part of Google occurred, and denies the remaining allegations in this paragraph.

125. This paragraph states legal conclusions regarding Rule 23 to which no response is required. To the extent a response is required, Google denies that this action satisfies the requirements of Rule 23 and denies the remaining allegations in this paragraph.

126. This paragraph states legal conclusions regarding Rule 23 to which no response is required. To the extent a response is required, Google denies that this action satisfies the requirements of Rule 23, denies that Google engaged in any wrongful conduct, and denies the remaining allegations in this paragraph, including each of the enumerated subparts.

127. This paragraph states legal conclusions regarding Rule 23 to which no response is required. To the extent a response is required, Google denies that this action satisfies the requirements of Rule 23 and denies the remaining allegations in this paragraph.

128. The allegations in this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

129. The allegations in this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

130. This paragraph states legal conclusions to which no response is required. To the extent a response is required, denied.

131. Google incorporates by reference its responses to the preceding paragraphs as though fully set forth herein.

132. This Count is asserted against Meta only and requires no response from Google. To the extent a response is required, Google denies that this action may properly be maintained as a class action.

133. The allegations of this paragraph are directed to a claim against Meta and not Google, and therefore no response is required. To the extent a response is required, Google denies the allegations.

134. The allegations of this paragraph are directed to a claim against Meta and not Google, and therefore no response is required. To the extent a response is required, Google denies the allegations.

135. The allegations of this paragraph are directed to a claim against Meta and not Google, and therefore no response is required. To the extent a response is required, Google denies the allegations.

136. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

137. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

138. The allegations of this paragraph state legal conclusions to which no response is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations directed at Meta and therefore denies them. Google denies all remaining allegations and characterizations in this paragraph.

139. The allegations of this paragraph are directed to a claim against Meta and not Google, and therefore no response is required. To the extent a response is required, Google denies the allegations.

140. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

141. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

142. The allegations of this paragraph describe the relief Plaintiffs seek against Meta, to which no response from Google is required. To the extent a response is required, Google denies the allegations.

143. Google incorporates by reference its responses to the preceding paragraphs as though fully set forth herein.

144. This Count is asserted against Meta only and requires no response from Google. To the extent a response is required, Google denies that this action may properly be maintained as a class action.

145. This paragraph states legal conclusions to which no response is required. The cited constitutional provision speaks for itself. To the extent a response is required, Google denies the allegations.

146. This paragraph states legal conclusions to which no response is required. The cited materials speak for themselves. To the extent a response is required, Google denies the allegations.

147. This paragraph states legal conclusions to which no response is required. The cited materials speak for themselves. To the extent a response is required, Google denies the allegations.

148. This paragraph states legal conclusions to which no response is required. The cited materials speak for themselves. To the extent a response is required, Google denies the allegations.

149. The allegations of this paragraph are directed to a claim against Meta and not Google, and therefore no response is required. To the extent a response is required, Google denies the allegations.

150. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

151. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

152. The allegations of this paragraph state legal conclusions to which no response is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations directed at Meta and therefore denies them. Google denies all remaining allegations and characterizations in this paragraph.

153. The allegations of this paragraph are directed to a claim against Meta and not Google, and therefore no response is required. To the extent a response is required, Google denies the allegations.

154. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

155. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

156. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

157. The allegations of this paragraph describe the relief Plaintiffs seek against Meta on behalf of the California Subclass, to which no response from Google is required. To the extent a response is required, Google denies the allegations.

158. Google incorporates by reference its responses to the preceding paragraphs as though fully set forth herein.

159. This Count is asserted against Meta only and requires no response from Google. To the extent a response is required, Google denies that this action may properly be maintained as a class action.

160. This paragraph states legal conclusions to which no response is required. The cited statute speaks for itself. To the extent a response is required, Google denies the allegations.

161. This paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

162. This paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

163. This paragraph states legal conclusions to which no response is required. The cited statute speaks for itself. To the extent a response is required, Google denies the allegations.

164. This paragraph states legal conclusions to which no response is required. The cited statute speaks for itself. To the extent a response is required, Google denies the allegations.

165. This paragraph states legal conclusions to which no response is required. The cited statute speaks for itself. To the extent a response is required, Google denies the allegations.

166. This paragraph states legal conclusions to which no response is required. The cited statute speaks for itself. To the extent a response is required, Google denies the allegations.

167. This paragraph states legal conclusions to which no response is required. The cited statute speaks for itself. To the extent a response is required, Google denies the allegations.

168. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

169. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

170. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

171. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

172. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

173. The allegations of this paragraph describe the relief Plaintiffs seek against Meta on behalf of the Class, to which no response from Google is required. To the extent a response is required, Google denies the allegations.

174. Google incorporates by reference its responses to the preceding paragraphs as though fully set forth herein.

175. This Count is asserted against Meta only and requires no response from Google. To the extent a response is required, Google denies that this action may properly be maintained as a class action.

176. This paragraph states legal conclusions to which no response is required. The cited statute speaks for itself. To the extent a response is required, Google denies the allegations.

177. This paragraph states legal conclusions to which no response is required. The cited statute speaks for itself. To the extent a response is required, Google denies the allegations.

178. This paragraph states legal conclusions to which no response is required. The cited materials speak for themselves. To the extent a response is required, Google denies the allegations.

179. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

180. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

181. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

182. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

183. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google denies the allegations.

184. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google denies the allegations.

185. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

186. The allegations of this paragraph describe the relief Plaintiffs seek against Meta on behalf of the California Subclass, to which no response from Google is required. To the extent a response is required, Google denies the allegations.

187. Google incorporates by reference its responses to the preceding paragraphs as though fully set forth herein.

188. This Count is asserted against Meta only and requires no response from Google. To the extent a response is required, Google denies that this action may properly be maintained as a class action.

189. This paragraph states legal conclusions to which no response is required. The cited statute speaks for itself. To the extent a response is required, Google denies the allegations.

190. This paragraph states legal conclusions to which no response is required. The cited statute speaks for itself. To the extent a response is required, Google denies the allegations.

191. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

192. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

193. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

194. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

195. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

196. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google denies the allegations.

197. The allegations of this paragraph describe the relief Plaintiffs seek against Meta on behalf of the California Subclass, to which no response from Google is required. To the extent a response is required, Google denies the allegations.

198. This paragraph states legal conclusions to which no response is required. The cited statute speaks for itself. To the extent a response is required, Google denies the allegations.

199. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

200. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

201. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. The cited decision speaks for itself. To the extent a response is required, Google denies the allegations.

202. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

203. The allegations of this paragraph describe the relief Plaintiffs seek against Meta on behalf of the California Subclass, to which no response from Google is required. To the extent a response is required, Google denies the allegations.

204. Google incorporates by reference its responses to the preceding paragraphs as though fully set forth herein.

205. This Count is asserted against Meta only and requires no response from Google. To the extent a response is required, Google denies that this action may properly be maintained as a class action.

206. This paragraph states legal conclusions to which no response is required. The cited statute speaks for itself. To the extent a response is required, Google denies the allegations.

207. This paragraph states legal conclusions to which no response is required. The cited statute speaks for itself. To the extent a response is required, Google denies the allegations.

208. This paragraph states legal conclusions to which no response is required. The cited statute speaks for itself. To the extent a response is required, Google denies the allegations.

209. This paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

210. This paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

211. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

212. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

213. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

214. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

215. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

216. The allegations of this paragraph describe the relief Plaintiffs seek against Meta on behalf of the California Subclass, to which no response from Google is required. To the extent a response is required, Google denies the allegations.

217. Google incorporates by reference its responses to the preceding paragraphs as though fully set forth herein.

218. This Count is asserted against Meta only and requires no response from Google. To the extent a response is required, Google denies that this action may properly be maintained as a class action.

219. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

220. This paragraph states legal conclusions to which no response is required. The cited statute speaks for itself. To the extent a response is required, Google denies the allegations.

221. This paragraph states legal conclusions to which no response is required. The cited statute speaks for itself. To the extent a response is required, Google denies the allegations.

222. This paragraph states legal conclusions to which no response is required. The cited statute speaks for itself. To the extent a response is required, Google denies the allegations.

223. This paragraph states legal conclusions to which no response is required. The cited statute speaks for itself. To the extent a response is required, Google denies the allegations.

224. This paragraph states legal conclusions to which no response is required. The cited statute speaks for itself. To the extent a response is required, Google denies the allegations.

225. This paragraph states legal conclusions to which no response is required. The cited statute speaks for itself. To the extent a response is required, Google denies the allegations.

226. This paragraph states legal conclusions to which no response is required. The cited statute speaks for itself. To the extent a response is required, Google denies the allegations.

227. This paragraph states legal conclusions to which no response is required. The cited statute speaks for itself. To the extent a response is required, Google denies the allegations.

228. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

229. The allegations of this paragraph are directed to a claim against Meta and not Google and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

230. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

231. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

232. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

233. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google lacks sufficient information to admit or deny the allegations and therefore denies them.

234. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

235. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

236. The allegations of this paragraph are directed at Meta and not at Google, and therefore no response from Google is required. To the extent a response is required, Google denies the allegations.

237. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

238. The allegations of this paragraph are directed at Meta and state legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations.

239. The allegations of this paragraph describe the relief Plaintiffs seek against Meta on behalf of the California Subclass, to which no response from Google is required. To the extent a response is required, Google denies the allegations.

240. The allegations of this paragraph describe the relief Plaintiffs seek against Meta on behalf of the California Subclass, to which no response from Google is required. To the extent a response is required, Google denies the allegations.

241. Google incorporates by reference its responses to the preceding paragraphs as though fully set forth herein.

242. This paragraph contains Plaintiffs' characterization of the claim they purport to assert against Google, to which no response is required. To the extent a response is required, Google denies that this action may properly be maintained as a class action and denies that Plaintiffs are entitled to any relief from Google.

243. This paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations in this paragraph.

244. Google admits that it develops, markets, and distributes the Android operating system. Google denies all remaining allegations and characterizations in this paragraph.

245. Denied.

246. Denied.

247. Denied.

248. Denied.

249. Denied.

250. Denied.

251. Denied.

252. Denied, including as to each of the enumerated subparts (a) through (e).

253. Denied.

254. Denied.

255. This paragraph states legal conclusions and a prayer for relief to which no response is required. To the extent a response is required, Google denies that Plaintiffs or class members are entitled to any relief from Google.

256. Google incorporates by reference its responses to the preceding paragraphs as though fully set forth herein.

257. This paragraph relates to a claim that has been dismissed and therefore no response is required. To the extent a response is required, Google denies that this action may properly be maintained as a class action and denies that Plaintiffs are entitled to any relief from Google.

258. This paragraph relates to a claim that has been dismissed and therefore no response is required. To the extent a response is required, Google denies the allegations.

259. This paragraph relates to a claim that has been dismissed and therefore no response is required. To the extent a response is required, the purportedly quoted statements speak for themselves, and therefore Google denies any quotation or characterization inconsistent with those statements in part or as a whole. Google denies all remaining allegations and characterizations in this paragraph.

260. This paragraph relates to a claim that has been dismissed and therefore no response is required. To the extent a response is required, Google denies the allegations.

261. This paragraph relates to a claim that has been dismissed and therefore no response is required. To the extent a response is required, Google denies the allegations.

262. This paragraph relates to a claim that has been dismissed and therefore no response is required. To the extent a response is required, Google denies the allegations.

263. This paragraph relates to a claim that has been dismissed and therefore no response is required. To the extent a response is required, Google denies the allegations.

264. This paragraph relates to a claim that has been dismissed and therefore no response is required. To the extent a response is required, Google denies the allegations.

265. This paragraph relates to a claim that has been dismissed and therefore no response is required. To the extent a response is required, Google denies the allegations.

266. This paragraph relates to a claim that has been dismissed and therefore no response is required. To the extent a response is required, Google denies the allegations.

267. This paragraph relates to a claim that has been dismissed and therefore no response is required. To the extent a response is required, Google denies the allegations.

268. This paragraph relates to a claim that has been dismissed and therefore no response is required. To the extent a response is required, Google denies the allegations.

269. This paragraph relates to a claim that has been dismissed and therefore no response is required. To the extent a response is required, Google denies the allegations.

270. This paragraph relates to a claim that has been dismissed and therefore no response is required. To the extent a response is required, Google denies the allegations.

271. This paragraph relates to a claim that has been dismissed and therefore no response is required. To the extent a response is required, Google denies the allegations.

272. This paragraph relates to a claim that has been dismissed and therefore no response is required. To the extent a response is required, Google denies the allegations.

273. This paragraph relates to a claim that has been dismissed and therefore no response is required. To the extent a response is required, Google denies the allegations.

## PRAYER FOR RELIEF

Google denies that Plaintiffs or the proposed class are entitled to any relief in this action.

## JURY TRIAL DEMAND

Google admits that Plaintiffs purport to demand a trial by jury of all issues so triable.

## AFFIRMATIVE DEFENSES

Google asserts the following affirmative defenses to the FAC. The only live claim asserted against Google is negligence (Count IX). The Court dismissed Plaintiffs' negligent misrepresentation claim (Count X) in its May 11, 2026 Order (ECF No. 120); Plaintiffs reallege it solely to preserve appellate rights. FAC at 52 n.93. Because the negligent misrepresentation claim is no longer in the case, Google does not assert affirmative defenses to that claim in this Answer, but reserves all rights with respect to it.

By asserting these defenses, Google does not concede, and reserves its right to dispute, that it bears the burden of proof or persuasion on any issue as to which the law places that burden on Plaintiffs, and does not admit any of Plaintiffs' allegations. Google reserves the right to supplement, amend, or withdraw these defenses as discovery proceeds, and does not knowingly or intentionally waive any applicable defense.

### First Affirmative Defense: Superseding and Intervening Cause

Plaintiffs' negligence claim is barred, in whole or in part, because even if Google's alleged act or omission were a cause of Plaintiffs' harm, any such harm was caused by the independent, intentional, and concealed conduct of Meta, which constituted a superseding and intervening cause of any alleged harm. As alleged in the FAC, Meta covertly modified the Meta Pixel, its native Facebook app, and its Instagram app to bypass mobile sandboxing principles by routing browsing-

related pseudonymous identifiers through standard localhost communication channels, and repeatedly modified its methods over time to actively evade detection and circumvent platform security updates. FAC ¶¶ 56, 59-64. Such unauthorized, covert tracking techniques break any chain of proximate causation arising from any alleged act or omission of Google.

**Second Affirmative Defense: Comparative Fault of Third Parties**

If Plaintiffs sustained any alleged injuries and damages, those injuries and damages were caused solely or in part by Meta. Accordingly, if Plaintiffs are entitled to recover, any award against Google must be reduced in proportion to the fault attributable to Meta.

**Third Affirmative Defense: Comparative Fault of Plaintiffs**

If Plaintiffs sustained any alleged injuries and damages, those injuries and damages were caused solely or in part by Plaintiffs' own conduct, including their voluntary and continued use of the Facebook and/or Instagram applications and visits to websites containing the Meta Pixel over the course of many months. As a result, Plaintiffs should be barred from recovery or, alternatively, any recovery against Google should be reduced commensurate with the extent to which Plaintiffs' own conduct contributed to their alleged damages.

**Fourth Affirmative Defense: Assumption of Risk**

Any recovery against Google should be reduced or barred, in whole or in part, because Plaintiffs voluntarily downloaded, installed, and/or used the Facebook and/or Instagram applications on their Android devices—thereby granting those applications the permissions necessary to operate on their devices—with knowledge that those applications collect and use data regarding their online activity for advertising and other purposes, and with an appreciation of the general risks attendant to that data collection.

**Fifth Affirmative Defense: Consent**

Plaintiffs' claims against Google are barred, in whole or in part, because Plaintiffs voluntarily downloaded, installed, and/or used the Facebook and/or Instagram applications on their Android devices, thereby granting those applications the permissions necessary to operate on their devices, and consented to Meta's practice, disclosed in Meta's Privacy Policy, of collecting

identifiers from third-party advertising partners and using them to match users' browsing activity to their Meta accounts. No injury can arise from conduct to which Plaintiffs consented.

**Sixth Affirmative Defense: Waiver/Estoppel**

Plaintiffs' claims against Google are barred, in whole or in part, because Plaintiffs agreed to Meta's Privacy Policy, which discloses that Meta collects identifiers from third-party advertising partners and uses them to match users' browsing activity to their Meta accounts, and Plaintiffs acted inconsistently with the rights they now assert by continuing to use those applications notwithstanding that disclosure.

**Seventh Affirmative Defense: Statute of Limitations/Laches**

Plaintiffs' claims against Google are barred, in whole or in part, by the applicable statute of limitations and/or the equitable doctrine of laches to the extent Plaintiffs became aware of the conduct alleged in their complaint and did not act upon that awareness or exercise sufficient diligence within the required time period.

**Eighth Affirmative Defense: Unjust Enrichment**

Plaintiffs' claims against Google are barred, in whole or in part, because any recovery by Plaintiffs would constitute unjust enrichment of Plaintiffs. In particular, the claims in the FAC are barred, in whole or in part, to the extent that Plaintiffs have used and/or benefited from the localhost communication functionality Plaintiffs challenge.

**Ninth Affirmative Defense: Failure to Mitigate Damages**

Plaintiffs' claims against Google are barred, in whole or in part, because Plaintiffs failed to mitigate any damages they claim they suffered, and they are therefore barred from recovering mitigatable damages.

**Tenth Affirmative Defense: Several Liability for Non-Economic Damages (Cal. Civ. Code § 1431.2)**

To the extent Plaintiffs and the putative class have suffered any damages, the liability of Google for non-economic damages shall be and is limited to its proportionate share of fault pursuant to California Civil Code § 1431.2.

**Eleventh Affirmative Defense: Adequate Remedy at Law**

To the extent that Plaintiffs and the putative class are entitled to any relief, Plaintiffs are not entitled to any equitable relief because they have an adequate remedy at law and the relief they request is not the proper subject of a judicial remedy.

**Twelfth Affirmative Defense: Reservation of Affirmative Defenses**

Google presently has insufficient knowledge or information upon which to form a belief as to whether it may have additional, as yet unstated, affirmative defenses to the FAC. Google reserves the right to assert additional affirmative defenses as it becomes aware that such defenses may be available.

DATED: July 15, 2026

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Viola Trebicka*

Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Valerie Roddy (CA Bar No. 235163)
valerieroddy@quinnemanuel.com
Teuta Fani (CA Bar No. 360443)
teutafani@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Taylor Ross (admitted *pro hac vice*)
taylorross@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, New York 10016
Tel: (212) 849-7000
Fax: (212) 849-7100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

*Attorneys for Defendant Google LLC*